United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-01375-MJC
Giovanie Arcadio Torres Cruz  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 2
Date Rcvd: Oct 27, 2025      Form ID: 318      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Giovanie Arcadio Torres Cruz, 82 Roosevelt Ter, Wilkes Barre, PA 18702-3517 |
| 5712432 | + | Bill Scarlett, 138 Kitchen Ave, Harveys Lake, PA 18618-3143 |
| 5712441 | ++ | PEOPLES SECURITY BANK AND TRUST, 82 FRANKLIN AVE, HALLSTEAD PA 18822-9780 address filed with court:, Peoples Security Bank and Trust, 150 N Washington Ave, Scranton, PA 18503 |
| 5712444 | + | TCCM Transport LLC, 82 Roosevelt Ter, Wilkes Barre, PA 18702-3517 |
| 5712445 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5712430 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 27 2025 18:41:00 | Apple Card/GS Bank USA, Lockbox 6112 PO Box 7247, Goldman Sachs Bank, Philadelphia, PA 19170-0001 |
| 5712431 | | EDI: CITICORP | Oct 27 2025 22:43:00 | Best Buy/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5712434 | + | EDI: CITICORP | Oct 27 2025 22:43:00 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5712435 | + | Email/Text: bankruptcycollections@citadelbanking.com | Oct 27 2025 18:41:00 | Citadel Federal Credit Union, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 5712436 | | EDI: CCS.COM | Oct 27 2025 22:43:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5712437 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 27 2025 18:41:00 | Dept of Education/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 5712438 | + | EDI: DISCOVER | Oct 27 2025 22:43:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5712439 | | EDI: JPMORGANCHASE | Oct 27 2025 22:43:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5712442 | ^ | MEBN | Oct 27 2025 18:56:00 | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5712440 | | EDI: PENNDEPTREV | Oct 27 2025 22:43:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0946 |
| 5713011 | | EDI: PENNDEPTREV | Oct 27 2025 22:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5712443 | + | Email/Text: bankruptcy@bbandt.com | Oct 27 2025 18:41:00 | Sheffield Financial Corp, PO Box 849, Wilson, NC 27894-0849 |
| 5712446 | | Email/Text: edbknotices@ecmc.org | | |

| Recip ID | | | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Oct 27 2025 18:41:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5712447 | | Email/Text: bankruptcy@visionsfcu.org | Oct 27 2025 18:41:00 | Visions FCU, 24 McKinley Ave, Endicott, NY 13760 |
| 5712448 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 27 2025 18:53:30 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 5712449 | ^ | MEBN | Oct 27 2025 18:56:00 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5712433 | *+ | Bill Scarlett, 138 Kitchen Ave, Harveys Lake, PA 18618-3143 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2025        Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Carlo Sabatini | on behalf of Debtor 1 Giovanie Arcadio Torres Cruz usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Giovanie Arcadio Torres Cruz<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3467<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–01375–MJC | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Giovanie Arcadio Torres Cruz
aka Giovanie Torres Cruz, aka Giovanie A Torres
Cruz, aka Giovanie Arcadio Torres–Cruz, aka
Giovanie Torres

10/27/25

**By the court:**

*[signature]*

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                            **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**